IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

CALVIN MATLCOK

      Plaintiff,

vs.

JASON SMITH AND CHARLES
PALMER

      Defendants.

No. 12-CV-4072-DEO

INITIAL REVIEW ORDER

_____

## I.   INTRODUCTION AND BACKGROUND

This matter is currently before the Court on Calvin
Matlock's [hereinafter Mr. Matlock's] 42 U.S.C. § 1983
Complaint.  Mr. Matlock is an involuntarily committed patient
at the Civil Commitment Unit for Sex Offenders (CCUSO) in
Cherokee, Iowa.[1]  However, Mr. Matlock has failed to file an
application to proceed in forma pauperis, nor has he paid the
required filing fee.[2]  Mr. Matlock has also failed to file an
application for the appointment of counsel.  Because Mr.

_____

[1] The patients at CCUSO "have served their prison terms
but in a separate civil trial have been found likely to commit
further violent sexual offenses."  Iowa Department of Human
Services Offer #401-HHS-014:
CCUSO, 1 http://www.dhs.state.ia.us/docs/11w-401-HHS-014-
CCUSO.pdf, last visited December 28, 2012.

[2] The filing fee for a 42 U.S.C. § 1983 petition is $350.
28 U.S.C. § 1914(a).

Matlock has failed to pay a filing fee, his Complaint must be dismissed.

## II.  CONCLUSION

For the reason set out above, Mr. Matlock's Complaint is DISMISSED without prejudice.  Mr. Matlock may refile his Complaint along with either the filing fee or an application to proceed in forma pauperis.[3]  He may also file an application for the appointment of counsel.

**IT IS SO ORDERED** this 31st day of December, 2012.

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

---

[3]The doctrine of in forma pauperis allows a plaintiff to proceed without incurring filing fees or other Court costs. 28 U.S.C. § 1915(a)(1).  In order to qualify for in forma pauperis status, a plaintiff must provide this Court an affidavit with the following statements:  (1) statement of the nature of the action, (2) statement that plaintiff is entitled to redress, (3) statement of the assets plaintiff possesses, and (4) statement that plaintiff is unable to pay filing fees and court costs or give security therefor.  28 U.S.C. § 1915(a)(1).