## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

CALVIN MATLCOK

        Plaintiff,

vs.

JASON SMITH AND CHARLES PALMER

        Defendants.

**No. 12-CV-4072-DEO**

**INITIAL REVIEW ORDER**

_____

## I.  INTRODUCTION AND BACKGROUND

This matter is currently before the Court on Calvin Matlock's [hereinafter Mr. Matlock's] 42 U.S.C. § 1983 Complaint.  Mr. Matlock is an involuntarily committed patient at the Civil Commitment Unit for Sex Offenders (CCUSO) in Cherokee, Iowa.[1]  However, Mr. Matlock has failed to file an application to proceed in forma pauperis, nor has he paid the required filing fee.[2]  Mr. Matlock has also failed to file an application for the appointment of counsel.  Because Mr.

---

[1] The patients at CCUSO "have served their prison terms but in a separate civil trial have been found likely to commit further violent sexual offenses."  Iowa Department of Human Services Offer #401-HHS-014: CCUSO, 1 http://www.dhs.state.ia.us/docs/11w-401-HHS-014-CCUSO.pdf, last visited December 28, 2012.

[2] The filing fee for a 42 U.S.C. § 1983 petition is $350. 28 U.S.C. § 1914(a).

Matlock has failed to pay a filing fee, his Complaint must be dismissed.

**II.  CONCLUSION**

For the reason set out above, Mr. Matlock's Complaint is DISMISSED without prejudice.  Mr. Matlock may refile his Complaint along with either the filing fee or an application to proceed in forma pauperis.[3]  He may also file an application for the appointment of counsel.

**IT IS SO ORDERED** this 31st day of December, 2012.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

_____

[3]The doctrine of in forma pauperis allows a plaintiff to proceed without incurring filing fees or other Court costs. 28 U.S.C. § 1915(a)(1).  In order to qualify for in forma pauperis status, a plaintiff must provide this Court an affidavit with the following statements: (1) statement of the nature of the action, (2) statement that plaintiff is entitled to redress, (3) statement of the assets plaintiff possesses, and (4) statement that plaintiff is unable to pay filing fees and court costs or give security therefor.  28 U.S.C. § 1915(a)(1).